NO. 07-09-00159-CR

 IN THE COURT OF APPEALS

 FOR THE SEVENTH DISTRICT OF TEXAS

 AT AMARILLO

 PANEL B

 MARCH 1, 2010

 KELVIN D. GREEN, APPELLANT

 v.

 THE STATE OF TEXAS, APPELLEE

 FROM THE 364TH DISTRICT COURT OF LUBBOCK COUNTY;

 NO. 2008-420,856; HONORABLE BRADLEY S. UNDERWOOD, JUDGE

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

 MEMORANDUM OPINION

 Pending before the Court is appellant's motion to dismiss his appeal.
Appellant and his attorney both have signed the motion. Tex. R. App. P.
42.2(a). No decision of this Court having been delivered to date, we grant
the motion. Accordingly, the appeal is dismissed. No motion for rehearing
will be entertained and our mandate will issue forthwith.

 James T. Campbell
 Justice

Do not publish.